UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID HENRY McGRAW,

        Petitioner,

  vs.

A. P. KANE, Warden,

        Respondent.
                                          /

No. C 05-2911 PJH (PR)

**ORDER FOR SUPPLEMENTAL BRIEFING AND STAY**

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. § 2254. The petition is directed to a decision by the governor denying parole.

En banc review is pending in *Hayward v Marshall*, 512 F.3d 536 (9th Cir), *reh'g en banc granted*, 527 F.3d 797 (9th Cir 2008), in which important issues related to habeas petitions challenging the denial of parole in California may be decided. Oral argument has been held and a second round of supplemental briefing was completed in November. Because the *Hayward* en banc decision may affect the analysis in this parole case, supplemental briefing on the impact of the decision, once it comes down, would be helpful. Because such supplemental briefing obviously cannot be provided until *Hayward* is decided, the case will be stayed pending that decision.

Accordingly, this case is **STAYED** until August 3, 2009, or until the decision in *Hayward* is issued, whichever comes first. The stay automatically expires on August 3 or upon the issuance of the *Hayward* decision; if no decision has been issued by August 3, the court will sua sponte consider whether to renew the stay. *See Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000) (holding that stays of habeas cases pending appellate resolution of a different case involving parallel issues may not be indefinite).

///

If the *Hayward* decision is issued prior to August 3, 2009, respondent must send petitioner a copy of the decision within ten days of the date it is issued.  Within thirty days of the date the decision is served on petitioner, respondent must file and serve a supplemental brief on the impact of *Hayward* on this action.  If petitioner desires to respond to the supplemental brief, he shall do so within thirty days of the date it is served upon him.

**IT IS SO ORDERED.**

Dated:  February 6, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.05\mcgraw911.supp.wpd

2